Jahna M. Lindemuth #9711068
Katherine E. Demarest #1011074
DORSEY & WHITNEY LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Todd G. Friedland, California Bar No. 187022 (Pro Hac Vice)
STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Phone: (949) 468-3200
Fax: (949) 468-3201

Attorneys For Brett M. Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE COMPANY, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY J. KOZIOL, and BRETT M. CLARK,<br><br>Defendants. | Case No. 3:11-cv-247-SLG<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DEADLINES** |

Pursuant to Local Civil Rule 16.1(c)(6) and the Scheduling and Planning Order in this case, venue motions and motions to amend pleadings are currently due Monday, August 13, 2012. Defendant Brett M. Clark hereby moves for a 30-day extension of time to file a motion to change venue and/or a motion to amend pleadings. Counsel for Clark has communicated with Plaintiff's counsel, and this motion is unopposed.

UNOPPOSED MOTION FOR EXTENSION OF DEADLINES
Page 1 of 3

*Samson Tug vs. Koziol, et al.*
Case No. 3:11-cv-247-SLG

Clark is a California resident. He previously served as the Chief Financial Officer of General Environmental Management, Inc., a Nevada corporation ("GEM Nevada"). Clark has been sued by Samson Tug and Barge Company, Inc. ("Samson") in connection with a declaration he executed in that role. Clark filed a Motion to Dismiss and alternatively, to transfer venue. That motion was denied, but this Court recognized that Clark could file a subsequent motion to transfer presenting additional facts relevant to the venue analysis. [Docket 37 at 30]

Clark has identified numerous witnesses who possess information relevant to this case. [Docket 46] Clark is currently gathering information from these witnesses in support of a potential motion to transfer venue to the Central District of California. He seeks a 30-day extension in order to complete this investigation, and secure declarations in support of his motion.

In addition, Clark is evaluating whether to file a motion pursuant to Fed. R. Civ. P. 19 or 20 for joinder of either of the relevant corporate entities, GEM Nevada and GEM Delaware, as additional defendants in this case. Clark accordingly seeks a 30-day extension of the deadline for motions to amend pleadings.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

UNOPPOSED MOTION FOR EXTENSION OF DEADLINES
Page 2 of 3

*Samson Tug vs. Koziol, et al.*
Case No. 3:11-cv-247-SLG

DATED this 10th day of August, 2012, at Anchorage, Alaska.

    DORSEY & WHITNEY LLP
    Attorneys for Brett M. Clark

    /s/ Jahna M. Lindemuth
By: Jahna M. Lindemuth, ABA#9711068
    Katherine E. Demarest #1011074
    DORSEY & WHITNEY LLP
    1031 W. 4th Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    lindemuth.jahna@dorsey.com
    demarest.katherine@dorsey.com

    Todd G. Friedland, CBA # 187022
    STEPHENS FRIEDLAND LLP
    4695 MacArthur Court, Suite 1550
    Newport Beach, CA 92660
    (949) 468-3200
    todd@sf-lawyers.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 10th day of August, 2012, a true and correct
copy of this document was served on

William G. Royce
Attorney at Law
1127 West 9th Avenue, Ste. 300
Anchorage, AK 99501

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, AK 99501

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

UNOPPOSED MOTION FOR EXTENSION OF DEADLINES
Page 3 of 3

*Samson Tug vs. Koziol, et al.*

Case No. 3:11-cv-247-SLG