Jahna M. Lindemuth #9711068
Katherine E. Demarest #1011074
DORSEY & WHITNEY LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Todd G. Friedland, California Bar No. 187022 (Pro Hac Vice)
STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Phone: (949) 468-3200
Fax: (949) 468-3201

Attorneys For Brett M. Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE COMPANY, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY J. KOZIOL, and BRETT M. CLARK,<br><br>Defendants. | Case No. 3:11-cv-247-SLG<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF DEADLINES** |

Having considered Defendant Brett M. Clark's Motion to Extend Deadlines, the Motion is hereby GRANTED. The deadline for filing preliminary motions as to venue and for filing motions to amend pleadings is hereby extended to **September 12, 2012**.

DATED this ___ day of _____, 2012, at Anchorage, Alaska.

_____
The Honorable Sharon L. Gleason

[PROPOSED] ORDER REGARDING
EXTENSION OF DEADLINES
Page 1 of 2

*Samson Tug vs. Koziol, et al.*
Case No. 3:11-cv-247-SLG

Case 3:11-cv-00247-SLG   Document 48-1   Filed 08/10/12   Page 1 of 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 10th day of August, 2012, a true and correct
copy of this document was served on

William G. Royce
Attorney at Law
1127 West 9th Avenue, Ste. 300
Anchorage, AK 99501

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, AK 99501

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

[PROPOSED] ORDER REGARDING
EXTENSION OF DEADLINES
Page 2 of 2

*Samson Tug vs. Koziol, et al.*

Case No. 3:11-cv-247-SLG

Case 3:11-cv-00247-SLG   Document 48-1   Filed 08/10/12   Page 2 of 2